MARC S T DWORSKY (#157413)
**REID COLLINS & TSAI LLP**
4450 Via Alegre
Santa Barbara, CA 93110
Telephone: (213) 429-4022
Email: mdworsky@reidcollins.com

JONATHAN M. KASS*
**REID COLLINS & TSAI LLP**
300 Delaware Avenue, Suite 770
Wilmington, DE 19801-6600
(302) 467-1765
Email: jkass@reidcollins.com

YONAH JAFFE*
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2731
New York, NY 10170
(212) 344-5200
Email: yjaffe@reidcollins.com

DUANE L. LOFT*
JINGXI ZHAI*
**PALLAS PARTNERS (US) LLP**
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
Email: Duane.Loft@pallasllp.com
Email: Jingxi.Zhai@pallasllp.com

*Pro hac vice applications forthcoming*

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>QUADRE INVESTMENTS, L.P. and OASIS FOCUS FUND LP,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | **Case No. 3:24-mc-01341**<br>**(To be related to 3:22-mc-00112, 3: 22-mc-00156)**<br><br>**NOTICE OF RELATED CASES** |

In accordance with Local Rule 40.1(f), Quadre Investments, L.P. and Oasis Focus Fund LP ("**Petitioners**") file the instant Notice of Related Cases.

1. Petitioners advise the Court that this case is related to *In re Oasis Focus Fund LP*, Case Number 3:22-mc-00112 in this District (filed January 21, 2022), and *In re Quadre Investments*, Case Number 3:22-mc-00156 in this District (filed January 26, 2022) (together, the "**2022 Petitions**"). The 2022 Petitions were consolidated under Lead Case No. 22-mc-00112 on May 5, 2022. The 2022 Petitions were dismissed on March 17, 2023, pursuant to a Voluntarily Notice of Dismissal filed March 7, 2023.

2. The Honorable Magistrate Judge Bernard G. Skomal was assigned to the 2022 Cases. Petitioners understand that Judge Skomal retired in April 2024.

3. Petitioners acknowledge that assignment of this Petition to the same judge will not be possible given Judge Skomal's retirement. Petitioners nevertheless submit this notice to comply with Local Rule 40.1(f), because both this petition and the 2022 Petitions seek an order allowing the respective petitioners to obtain certain discovery from TuSimple Holdings Inc. under 28 U.S.C. § 1782 in connection with the same appraisal proceeding pending in the Grand Court of the Cayman Islands, to which petitioners in both actions are parties, and thus concern common questions of law and fact.

Dated:  August 8, 2024

Respectfully submitted,

By:  */s/ Marc S T Dworsky*

**REID COLLINS & TSAI LLP**
Marc S T Dworsky (#157413)
4450 Via Alegre
Santa Barbara, CA 93110
Telephone: (213) 429-4022
Email: mdworsky@reidcollins.com

Jonathan M. Kass*
300 Delaware Avenue, Suite 770
Wilmington, DE 19801-6600
Telephone: (302) 467-1765
Email: jkass@reidcollins.com

Yonah Jaffe*
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Email: yjaffe@reidcollins.com

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Jingxi Zhai*
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
Email: Duane.Loft@pallasllp.com
Email: Jingxi.Zhai@pallasllp.com

*Pro hac vice applications forthcoming*

*Attorneys for Petitioners*